UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPELTON KELLY,

        Plaintiff,                      Case No. 1:14-cv-1278

v.                                          Honorable Paul L. Maloney

CATHLEEN STODDARD et al.,

        Defendants.
_____/

**ORDER DENYING LEAVE
TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES**

      In accordance with the memorandum opinion entered this day,

      IT IS ORDERED that Plaintiff is DENIED leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

      IT IS ALSO ORDERED that within twenty-eight (28) days hereof, Plaintiff shall pay the $400.00 filing fee to the Clerk of this Court. Plaintiff's failure to comply with this order will result in dismissal of this case without prejudice, and assessment of the $400.00 filing fee.


Dated: December 30, 2014                /s/ Paul L.Maloney
                                                    Paul L. Maloney
                                                      Chief United States District Judge