UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| OPELTON KELLY, #225090, | ) | |
|    PLAINTIFF, | ) | |
| | ) | NO. 1:14-CV-1278 |
| -V- | ) | |
| | ) | HONORABLE PAUL L. MALONEY |
| KELLY STODDARD, ET AL., | ) | |
|    DEFENDANTS. | ) | |
| | ) | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date (ECF No. 65), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:  September 6, 2017           /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge